UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Civil Action No. 23-1295 (CJN) |

## **ANSWER**

Defendant United States Department of Education respectfully answers plaintiff Zachor Legal Institute's complaint (the "Complaint"), ECF No. 1, in this Freedom of Information Act ("FOIA") case. Defendant denies each and every allegation in the Complaint not expressly admitted herein. Defendant reserves its right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to defendant through the course of the litigation.

The first unnumbered paragraph consists of plaintiff's characterization of this action, to which no response is required. To the extent any response is required, defendant admits that plaintiff made the FOIA request at issue in this case and that plaintiff purports to bring this action under the FOIA, 5 U.S.C. § 552.

## JURISDICTION AND VENUE[1]

1. This paragraph consists of plaintiff's conclusions of law, to which no response is required. To the extent a response is required, defendant admits that this Court has subject-matter jurisdiction subject to the terms, conditions, and limitations of FOIA.

2. This paragraph consists of plaintiff's conclusions of law, to which no response is required. To the extent a response is required, defendant admits that venue can be found in this judicial district.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Admitted as to the first sentence of this paragraph. The second sentence of this paragraph consists of plaintiff's conclusions of law, to which no response is required.

## STATEMENT OF FACTS

5. Defendant admits that plaintiff submitted a FOIA request dated March 17, 2023. The remainder of this paragraph consists of plaintiff's characterization of that FOIA request, to which no response is required. The FOIA request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the referenced FOIA request for a complete and accurate statement of its contents and denies any allegation inconsistent therewith.

6. Defendant admits that its automated system acknowledged receipt of the request on March 17, 2023, and assigned the internal tracking number 23-01277-F.

---

[1] For ease of reference, the Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

7. Defendant admits that as of the date plaintiff filed the Complaint, it has not produced to plaintiff any records responsive to this request or communicated the scope of any responsive records that it intends to produce or withhold, but denies that it did not inform plaintiff that it may appeal any adequately specific, adverse determination. Defendant avers that on March 20, 2023, it provided two determination letters to plaintiff regarding plaintiff's fee waiver and expedited processing requests, which informed plaintiff of its right to appeal those determinations.

## COUNT I

8. Defendant repeats and restates each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

9. This paragraph consists of plaintiff's conclusions of law, to which no response is required. To the extent any response is required, denied.

10. This paragraph consists of plaintiff's characterization of its alleged harm and conclusions of law, to which no response is required. To the extent any response is required, denied.

11. This paragraph consists of plaintiff's conclusions of law, to which no response is required.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of plaintiff's requests for relief, to which no response is required. To the extent a response is required, defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

## FIRST DEFENSE

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions or exclusions of the FOIA, 5 U.S.C. § 552.

## SECOND DEFENSE

The Court lacks subject matter jurisdiction over plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## THIRD DEFENSE

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

Dated:  June 8, 2023

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By:  /s/ Marsha W. Yee
        MARSHA W. YEE
        Assistant United States Attorney
        Civil Division
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 252-2539
        Email:  Marsha.Yee@usdoj.gov

        *Attorneys for the United States of America*