UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Civil Action No. 23-1295 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order, ECF No. 4, and June 16, 2023, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Defendant U.S. Department of Education (the "Department") has advised that it is in the process of locating records responsive to plaintiff's FOIA request and that it has located to date approximately 378 pages that are responsive to plaintiff's FOIA request. The Department has further advised that it currently anticipates releasing any non-exempt, responsive records on or about August 1, 2023. The Department has advised that it does not anticipate filing a motion for stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

The parties believe that it is premature to determine whether summary judgment briefing is necessary and respectfully request that the Court permit the Department to complete its response to plaintiff's FOIA request. The parties respectfully propose filing another joint status report on or before August 23, 2023.

Dated:  July 12, 2023

                                                                                 Respectfully submitted,

*/s/ Michael Bekesha*                          MATTHEW M. GRAVES, D.C. Bar #481052
Michael Bekesha (D.C. Bar No. 995749)    United States Attorney
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800              BRIAN P. HUDAK
Washington, DC 20024                          Chief, Civil Division
Phone: (202) 646-5172
mbekesha@judicialwatch.org                By: */s/ Marsha W. Yee*
                                                   MARSHA W. YEE
*Counsel for Plaintiff*                             Assistant United States Attorney
                                                   Civil Division
                                                   601 D Street, N.W.
                                                   Washington, D.C. 20530
                                                   Telephone:  (202) 252-2539
                                                   Email:  Marsha.Yee@usdoj.gov

                                                   *Counsel for the United States of America*